| | |
|---|---|
| *Trustee's Name, Address, Phone, Fax, Email:*<br>SANDRA J. LOOMIS<br>P.O. BOX 240937<br>HONOLULU, HI 96824-0937<br>Phone: (808) 377-5214<br>Email: sloomis@hawaii.rr.com | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF HAWAII** |
| Debtor(s):<br><br>SUSAN MARGARET ANDERSON | Case No.: 05-02983<br><br>Chapter 7 |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

| | |
|---|---|
| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011: This amount represents unclaimed funds on the claim(s) listed below. | $ 18,914.00 |

[*List claimants for unclaimed funds below - attach continuation sheets if necessary.*]

| *Claim No.* | *Claimant Name and Address* | *Amount* |
|---|---|---|
| Exemption | Decedent Estate of Susan Anderson<br><br>Last address:<br>68-099 Au St., #9<br>Waialua, Hawaii 96791 | $ 18,914.00 |
| Dated: June 16, 2009 | /s/ SANDRA J. LOOMIS<br>　　　Trustee | |