

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hib_3011-1 (12/09)

| Debtor: | Susan Margaret Anderson | Case No.: **05-02983** |
|---|---|---|
| Joint Debtor: (if any) | N/A | Chapter: **7** |

### APPLICATION FOR UNCLAIMED FUNDS

**1. Claim Information**
Application is hereby made for disbursement of the following previously unclaimed funds on deposit with the court for the benefit of the claimant named below.

| | |
|---|---|
| Amount: | $18,914.00 |
| Claimant's Name: | Estate of Susan Margaret Anderson |
| Claimant's Address: (at time claim was made) | Deceased - Last Address:<br>68-099 Au St., #9<br>Waialua, Hawaii 96791<br><br>*Provide documentation that Claimant resided or did business at this address.* |
| Claimant's Current Address: (if different from above) | Estate of Susan Margaret Anderson<br>c/o John C. Urness<br>1011 Harlow Road, Suite #300<br>Springfield, OR 97477 |
| Last 4 digits of Claimant's SSN or Complete EIN | ~~6664~~ 27-6872356 |

**2. Applicant Information**
The applicant is:

☐ The individual claimant named above. Photo identification is attached.

☐ An individual authorized to act on behalf of the corporation, partnership, limited liability company, or other artificial entity named above. Documentation showing authority to make this application is attached.

☑ The legal representative of the claimant named above. An original, notarized power of attorney is attached, or, if the claimant is deceased, a certified copy of a letter of administration or probated will is attached.

☐ The successor in interest to the claimant named above. Documentation showing entitlement to the funds through amendment, merger, or dissolution is attached.

### 3. Service on United States Attorney

The undersigned understands that a copy of this application and supporting documentation must be sent to the United States Attorney at the following address:

> Office of the United States Attorney
> District of Hawaii
> 300 Ala Moana Boulevard, Room 6100
> Honolulu, HI 96850.

### 4. Declaration

<u>The undersigned declares, under penalty of perjury, that the information contained in this application and any accompanying documentation is true and correct.</u> I also understand that, pursuant to 18 U.S.C. § 152, I may be fined not more than $250,000, or imprisoned not more than 5 years if I have knowingly and fraudulently made any false statements in this document or provided false documentation as part of this application.

Date: 10/14/2010

Signature of Applicant: [signed]

Printed Name of Applicant: Randy K. Manwell

Phone: _____

Address: 1445 Oak St., #5

Email: rkidmcnally@gmail.com

San Francisco, CA 94117

### 5. Notarization

STATE OF California, COUNTY OF San Francisco

This 2-page Application for Unclaimed Funds, dated 10/14/10, was subscribed and sworn to before me this OCT. 14 day of 20 10 by Randy K. Manwell, who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)
MICHAEL YOUNG
Commission # 1716407
Notary Public - California
San Francisco County
My Comm. Expires Jan 13, 2011

Notary Public: [signed]

My commission expires on: Jan. 13, 2011

This application may be filed with the court at the following address:

> UNITED STATES BANKRUPTCY COURT
> DISTRICT OF HAWAII
> 1132 Bishop Street, Suite 250
> Honolulu, HI 96813.



UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hib_3011-1 (12/09)

| Debtor: | Susan Margaret Anderson | Case No.: **05-02983** |
|---|---|---|
| Joint Debtor: *(if any)* | N/A | Chapter: **7** |

## APPROVAL OF APPLICATION FOR UNCLAIMED FUNDS

Name of Claimant: Estate of Susan Margaret Anderson

| Applicant's Name and Address: (Check will be sent to this address) | Randy K. Manwell, Claiming Successor<br>c/o John C. Urness<br>1011 Harlow Road, Suite #300<br>Springfield, OR 97477 |
|---|---|

## VERIFICATION OF FUNDS ON DEPOSIT

The court's financial records indicate that funds in the following amount are being held for the claimant named above:

11/16/10
Date

_(signature)_
Deputy Clerk

$ 18,914.00

## STATEMENT BY UNITED STATES ATTORNEY

The undersigned is authorized to make this statement on behalf of the United States Attorney for the District of Hawaii. The United States Attorney has no objection to the payment of unclaimed funds to the applicant named above.

11/15/10
Date

_(signature)_
for the United States Attorney

Asst. U.S. Attorney
Name and Title

## ORDER APPROVING APPLICATION FOR UNCLAIMED FUNDS

For good cause,
IT IS HEREBY ORDERED that the application for unclaimed funds is APPROVED. The clerk may disburse the above amount of funds to the applicant named above.

NOV 2 2 2010
Date

_(signature)_
United States Bankruptcy Judge

THORP, PURDY, JEWETT, URNESS & WILKINSON, P.C.
ATTORNEYS AT LAW
1011 HARLOW ROAD, SUITE 300, SPRINGFIELD, OR 97477
PHONE: (541) 747-3354; FAX: (541) 747-3367

**Filed**

SEP 15 2010

Benton County Circuit Court
Corvallis, Oregon
Entered _____

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR BENTON COUNTY

| In the Matter of the Estate of | Case No. 1040138 |
|---|---|
| **SUSAN MARGARET ANDERSON,** | **AFFIDAVIT OF CLAIMING SUCCESSOR OF SMALL INTESTATE ESTATE** |
| Deceased. | |

STATE OF CALIFORNIA  )
                     ) ss.
County of San Francisco )

I, Randy K. Manwell, being first duly sworn, say that I am the decedent's son and a claiming successor to the decedent's estate. I am hereinafter referred to as "Affiant." This Affidavit is made pursuant to ORS 114.505-114.560.

1

The name, post office address, domicile and social security number of the decedent are as follows:

Name: Susan Margaret Anderson

Date of Birth: ▇▇▇▇  Age: 65

Post office address: 68099 Au Street, Apt. #9
Waialua, HI 96719

Domicile: Corvallis, Linn County, Oregon

Place of death: Benton County, Oregon

Social Security Number ▇▇▇▇▇▇▇7

I hereby certify this copy to be a [true]
copy of the original now on record [with the]
TRIAL COURT ADMINIST[RATOR]
Benton County Circuit [Court]
Corvallis, Oregon

[seal: BENTON COUNTY CIRCUIT COURT, STATE OF OREGON]

U.S. Bankruptcy Court - Hawaii   #05-02983   Dkt # 90   Filed 11/22/10   Page 4 of 13

<mark>2</mark>

Decedent died on August 18, 2007. A certified copy of her death certificate is attached as Exhibit 1.

<mark>3</mark>

The decedent's property subject to administration in Oregon and the value thereof is as follows:

| | | |
|---|---|---|
| A. | Unclaimed funds being held by US Bankruptcy Court District of Hawaii | $18,914.00 |

<mark>4</mark>

No Application or Petition for the appointment of a Personal Representative has been granted in Oregon.

<mark>5</mark>

Reasonable efforts have been made to identify and locate all heirs of the decedent. The names, relationships and addresses of decedent's heirs are as follows:

| NAME | RELATIONSHIP | ADDRESS |
|---|---|---|
| Randy Manwell | Son | 1445 Oak St., #5<br>San Francisco, CA 94117 |
| Nicole Manwell | Daughter | 310 N 46th St., #404<br>Seattle, WA 98103 |
| Sean Manwell | Son | 1432 Liholiho St., Apt. 1<br>Honolulu, HI 96822 |

<mark>6</mark>

A copy of this Affidavit, showing the date of filing will be mailed to each heir at the addresses set forth above.

///

THORP, PURDY, JEWETT, URNESS & WILKINSON, P.C.
ATTORNEYS AT LAW
1011 HARLOW ROAD, SUITE 300, SPRINGFIELD, OR 97477
PHONE: (541) 747-3354; FAX: (541) 747-3367

U.S. Bankruptcy Court - Hawaii #05-02983 Dkt # 90 Filed 11/22/10 Page 5 of 13

Thorp, Purdy, Jewett, Urness & Wilkinson, P.C.
ATTORNEYS AT LAW
1011 Harlow Road, Suite 300, Springfield, OR 97477
Phone: (541) 747-3354; Fax: (541) 747-3367

7

The interest in decedent's property described in the Affidavit to which each heir is entitled is:

| | | |
|---|---|---|
| | Randy Manwell | 1/3 |
| | Nicole Manwell | 1/3 |
| | Sean Manwell | 1/3 |

8

Reasonable efforts have been made by the Affiant to ascertain creditors of the estate. The expenses of and claims against the estate remaining unpaid or on account of which the Affiant or any other person is entitled to reimbursement from the estate, including any known or estimated amount thereof, and the name and address of each creditor, as known to the Affiant are:

1. Thorp, Purdy, Jewett, Urness & Wilkinson
   1011 Harlow Road, Suite 300
   Springfield, OR 97477

   Estimated expenses of administration approximately: $2,000.00

9

A copy of this Affidavit showing the date of filing will be mailed to the Oregon Department of Human Services, Estate Administration Unit, P.O. Box 14021, Salem, OR 97309-5024.

10

Claims against the estate not listed in this Affidavit or in amounts larger than those listed herein may be barred unless:

(a) A claim is presented to the Affiant within four months of the filing of the Affidavit at 1011 Harlow Road, Suite 300, Springfield, OR 97477; or

(b) A Personal Representative of the estate is appointed within the time allowed under ORS 114.555.

The address for the purposes of presenting a claim to the Affiant is: Randy Manwell, c/o 1011 Harlow Road, Suite 300, Springfield, OR 97477.

DATED this _9th_ of September, 2010.

_____
Randy K. Manwell

I, Randy Manwell, being first duly sworn say that I am the Affiant in the above-entitled matter, that I have read the foregoing Affidavit, know the contents therein and the same are true as I verily believe.

_____
Randy K. Manwell

SUBSCRIBED AND SWORN to before me this 9th day of September, 2010.

_____
Notary Public for California
My Commission Expires: Oct 15, 2011

ZHENGWEI SUN
Commission # 1773414
Notary Public - California
San Francisco County
My Comm. Expires Oct 15, 2011

**Prepared by:**
John C. Urness; OSB #83341
Email: jurness@thorp-purdy.com

**Affiant:**
Randy K. Manwell
1445 Oak St., #5
San Francisco, CA 94117
Telephone: (415) 519-2665

Thorp, Purdy, Jewett, Urness & Wilkinson, P.C.
Attorneys at Law
1011 Harlow Road, Suite 300, Springfield, OR 97477
Phone: (541) 747-3354; Fax: (541) 747-3367

# CERTIFICATION OF VITAL RECORD

**OREGON DEPARTMENT OF HUMAN SERVICES**
**CENTER FOR HEALTH STATISTICS**
**CERTIFICATE OF DEATH**

136- STATE FILE NUMBER
H 78860 I.D. TAG NO
Benton County Circuit Court, Corvallis, Oregon
SEP [Entered]

1. Legal Name: First **Susan** Middle **Margaret** Last **Anderson**
2. Death Date: **August 18, 2007**
3. Sex: **Female**
4a. Age – Last Birthday: **65**
5. Social Security Number: xxx-xx-9007
6. County of Death: **Benton**
7. Birthdate: **1941**
8a. Birthplace (City/Town or County): **Fresno**
8b. State or Foreign Country: **California**
9. Decedent's Education: **Master's Degree**
10. Was Decedent of Hispanic Origin?: **No**
11. Decedent's Race(s): **White**
12. Was Decedent Ever in U.S. Armed Forces?: **No**
13. Residence: Number and Street: **68099 Au Street Apt #9**
14. City/Town: **Waialua**
15. Residence County: **Hi**
16. State or Foreign Country: **Hawaii**
17. Zip Code + 4: **96719**
18. Inside City Limits?: **Yes**
19. Marital Status at Time of Death: **Divorced**
20. Spouse's Name:
21. Usual Occupation: **Child Psychologist**
22. Kind of Business/Industry: **Mental Health**
23. Father's Name: **Andy Anderson**
24. Mother's Name Prior to First Marriage: **Murl Higley**
25. Informant's Name: **Randy K. H. Manwell**
26. Telephone Number: **415-519-2665**
27. Relation to Decedent: **Son**
28. Mailing Address: **1445 Oak Street Apt #5, San Francisco, CA 94117**
29. Place of Death: **Hospital Inpatient**
30. Facility Name: **Good Samaritan Regional Medical Center**
31. Location of Death: **3600 NW Samaritan Drive**
32. City/Town or Location of Death: **Corvallis**
33. State: **OR**
34. Zip Code + 4: **97330**
35. Method of Disposition: **Cremation**
36. Place of Disposition: **Oakleaf Crematory**
37. Location: **Salem, Oregon**
38. Name and Complete Address of Funeral Facility: **Twin Oaks Funeral Home, 34275 Riverside Drive, Albany, Oregon 97321**
41. OR License Number: **3650**
40. Funeral Director's Signature: *[signature]*
42. Registrar's Signature: *Nancy Anderson, Deputy*
43. Date Received: **August 22, 2007**
44. Local File Number: **416**

46. Was case referred to Medical Examiner?: **No**
47. Autopsy?: **No**
48. Were autopsy findings available: —
49. Time of Death: **12:20 PM**

50. Cause of Death:
   a. IMMEDIATE CAUSE: **Breast Cancer** — Approximate Interval: **17 years**

52. Manner of Death: **Natural**
53. If Female: **Not pregnant within past year**
54. Did tobacco use contribute to death?: **No**

62. Name and Address of Certifier: **Stephen V. Neville, 3680 NW Samaritan Drive, Corvallis, Oregon 97330**
64. Title of Certifier: **M.D.**
65. License Number: **MD11234**
66. Date Certified: **8/21/2007**

69. Record Amendment

ORIGINAL - VITAL RECORDS COPY
45-2 (01/06)

Exhibit 1



THIS IS A TRUE AND EXACT REPRODUCTION OF THE DOCUMENT OFFICIALLY REGISTERED AT THE OFFICE OF THE BENTON COUNTY REGISTRAR.

*Tom Eversole*
TOM EVERSOLE
COUNTY REGISTRAR
BENTON COUNTY, OREGON

DATE ISSUED: **AUG 2 2 2007**



**EIN Assistant**

Your Progress:  1. Identity   2. Authenticate   3. Addresses   4. Details   5. EIN Confirmation

**Congratulations! The EIN has been successfully assigned.**

**Help Topics**

Can the EIN be used before the confirmation letter is received?

    EIN Assigned: **27-6872356**

    Legal Name: **SUSAN MARGARET ANDERSON ESTATE**

The confirmation letter will be mailed to the applicant. This letter will be the applicant's official IRS notice and will contain important information regarding the EIN. Allow up to **4 weeks** for the letter to arrive by mail.

**We strongly recommend you print this page for your records.**

Click "Continue" to get additional information about using the new EIN.    [ Continue >> ]

U.S. Bankruptcy Court - Hawaii  #05-02983  Dkt # 90  Filed 11/22/10  Page 9 of 13

# AUTHORIZATION

Re:        Estate of Susan Margaret Anderson
           Decedent's Social Security No. ███-██-███7
           Estate's Tax Identification No.

I am the court-appointed Claiming Successor of the Estate of Susan Margaret Anderson. This is my authorization for you to furnish whatever information is requested by my attorneys. You are further authorized to act under the instructions of my attorneys, including, but not limited to, releasing funds, releasing documents or financial records, and redeeming, liquidating or distributing assets or benefits.

If my attorneys request you to furnish them with an acknowledgment that assets have been transferred or distributed, you are authorized to provide that acknowledgment. Additionally, you are authorized to provide my attorneys with duplicate account statements if they request such statements.

A copy of this authorization shall have the same force and effect as the original.

Attorneys for the Estate are:   Thorp, Purdy, Jewett, Urness &
                                Wilkinson, P.C.
                                1011 Harlow Road, Suite 300
                                Springfield, OR 97477
                                Telephone: (541) 747-3354
                                Telecopy:  (541) 747-3367
                                Contact Persons: John C. Urness, Attorney,
                                and/or Karen Dudley, Paula Peterman, Carlene Carter
                                Probate Paralegals

Yours truly,

_____
Randy K. Manwell
Claiming Successor

| Trustee's Name, Address, Phone, Fax, Email:<br>SANDRA J. LOOMIS<br>P.O. BOX 240937<br>HONOLULU, HI 96824-0937<br>Phone: (808) 377-5214<br>Email: sloomis@hawaii.rr.com | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF HAWAII** |
|---|---|
| Debtor(s):<br><br>SUSAN MARGARET ANDERSON | Case No.: 05-02983<br><br>Chapter 7 |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011:<br>This amount represents unclaimed funds on the claim(s) listed below. | $ | 18,914.00 |
|---|---|---|

*[List claimants for unclaimed funds below - attach continuation sheets if necessary.]*

| Claim No. | Claimant Name and Address | | Amount |
|---|---|---|---|
| Exemption | Decedent Estate of Susan Anderson<br><br>Last address:<br>68-099 Au St., #9<br>Waialua, Hawaii 96791 | $ | 18,914.00 |
| Dated: June 16, 2009 | /s/ SANDRA J. LOOMIS<br>        Trustee | | |

hib_3011ntc    2/2007                [ECF: Trustee/US Trustee ... Notice of Deposit of Unclaimed Funds]

| Case number | Name | City, State Zip | Amount |
|---|---|---|---|
| 86-00145 | DAVIDSON, ROBERT H. | | 116.44 |
| 86-00145 | DAVIDSON, RONALD G. | | 57.62 |
| 76-00192 | DAVIS, DOROTHY | WAIANAE, HI 96792 | 1.77 |
| 76-00192 | DAVIS, ELIZABETH | KAILUA-KONA, HI 96740 | 2.12 |
| 86-00145 | DAVIS, GABRIELLE | | 116.44 |
| 86-00145 | DAVIS, JACK E. | | 116.44 |
| 86-00145 | DAVIS, JORDAN H. | | 116.44 |
| 76-00192 | DAVIS, MATHELDA | WAIANAE, HI 96792 | 0.35 |
| 86-00145 | DAVIS, WILLIAM HARLAN | | 116.44 |
| 99-01985 | DAY, ESQ., DAVID | HONOLULU, HI 96813 | 356.18 |
| 94-00777 | DAYOAN, DARRELL/JANET | HONOLULU, HI 96822 | 6.83 |
| 86-00145 | DCFB, INC. DBA CARDILLO DESTINATIONS, | | 89.06 |
| 92-00865 | DE LONG, HARRIET | | 2.75 |
| 86-00145 | DE MATOFF, JAMIE | | 19.21 |
| 86-00145 | DEATON, ROBERT SCOTT | | 87.33 |
| 05-02983 | DEC ESTATE OF SUSAN ANDERSON, | WAIALUA, HI 96791 | 18,914.00 |
| 86-00145 | DECAMP, EDWARD R. | | 116.44 |
| 85-00350 | DECKER, MR/MRS FRED A | HONOLULU, HI 96814 | 24.09 |
| 83-00132 | DEE OF CALIFORNIA, | LOS ANGELES, CA 90011 | 3.59 |
| 85-00273 | DEHAVILLAND CANADA, INC., | EAST POINT, GA 30344 | 268.47 |

